IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **GRIFFIN E. HOWELL, In Re: Booker Parker, US Bankruptcy Court Northern District of Georgia Newnan Division CA No: 11-10393-WHD,**  Plaintiff,  v.  **CONVENIENCE STORES, INC.,**  Defendant. | CIVIL ACTION NO. 5:11-CV-85 (MTT) |

## ORDER

This matter is before the Court on the parties' Consent Motion Amending Plaintiff's Complaint. (Doc. 16). In the motion, the parties consent to dismissing with prejudice the Plaintiff's Equal Pay Act claim under Count III and the Plaintiff's Title VII gender discrimination claim under Count I. Accordingly, those claims are **dismissed with prejudice**. The Plaintiff's other claims, including one for Title VII race discrimination under Count I, shall go forward.

**SO ORDERED,** this 8th day of July, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT